**LAW OFFICES OF ERIC FRANZ, P.L.L.C.**

747 Third Avenue
20th Floor
New York, New York 10017

PH: (212) 355-2200
FAX: (212) 937-2217
www.efranzlaw.com

February 11, 2013

HON. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:    *United States v. Burton Dennison, 11 Cr. 747 (S-1)(JG)*

Dear Judge Gleeson:

      I represent Mr. Burton Dennison in the above referenced matter pursuant to the Criminal Justice Act. Mr. Dennison is scheduled to be sentenced by Your Honor, this Friday, February 15, 2013, at 2:00 p.m. Unfortunately, as detailed below, Mr. Dennison, has passed away, and will therefore not be present at this Friday's scheduled sentencing. For the reasons that follow, we will respectfully request that the Court Order that this pending case be dismissed against Mr. Dennison. **I have spoken with AUSA Orenstein, and she consents to the instant request.**

      On November 30, 2011 Mr. Dennison pled guilty pursuant to a cooperation agreement and following his guilty plea he continued to cooperate with the government. Unfortunately, Mr. Dennison's worst fears manifested themselves in his being gunned down and murdered on or about January 13, 2013. Mr. Dennison was officially pronounced deceased on January 15, 2013, as reflected in the attached death certificate. For the reasons that follow, I respectfully request that the above referenced indictment against Mr. Dennison be dismissed.

      An indictment against the defendant should be dismissed following the death of the defendant, if the conviction is not final. Thus, even if the defendant was convicted, if he had not exhausted the direct appeal process, dismissal should be granted. *See United States v. Floyd*, 496 F.2d 982, 984 n.2 (2nd Cir. 1974). In the Second Circuit, if the appeal is pending, the Court of Appeals will vacate the "judgment of conviction and remand with instructions to dismiss the indictment." *United States v. Mollica*, 849 F.2d 723, 726.

      In the instant matter, while Mr. Dennison did plead guilty, he has not yet been sentenced by the court, and thus he has not even had the opportunity to appeal his conviction to the Second

Circuit. Since his conviction is not final, I respectfully submit that the pending Indictment against Mr. Dennison should be dismissed based on the reasoning of the above referenced cases.

Furthermore, should the Court grant this request, I respectfully request that Mr. Dennison's belongings which were seized upon his arrest, as well as his passport (which is in the custody of pre-trial services) be released to his wife, Seemattie Singh.

Should the court require further briefing on this issue I will be glad to do so.

I thank you for your consideration of this request.

Respectfully Submitted,

ERIC FRANZ

cc:    AUSA Karin Orenstein
       PTSO Louis Calvi

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

## DEATH TRANSCRIPT

DATE FILED   THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE
JANUARY 18, 2013 05:38 PM

**CERTIFICATE OF DEATH**   Certificate No. 156-13-002660

1. DECEDENT'S LEGAL NAME: Burton Dennison (First, Middle, Last)

**Place of Death:**
- 2a. New York City
- 2b. Borough: Brooklyn
- 2c. Type of Place: 1 ☒ Hospital Inpatient
- 2d. Any Hospice care in last 30 days: 3 ☒ Unknown
- 2e. Name of hospital or other facility: Kings County Hospital

**Date and Time of Death or Found Dead:** January 15, 2013, 01:01 PM
**4. Sex:** Male
**5. OCME Case No.:** K13000342

**6. Cause of Death — Part I:**
- a. Immediate cause: Gunshot Wound Of Head And Left Lower Extremity.
- b. Due to or as a consequence of: ***
- c. Due to or as a consequence of: ***

PART II: Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. Include operation information. ***

**7a. Injury Date:** 01 13 2013  **7b. Time:** 03:20 AM  **7c. At Work:** 2 ☒ No
**7d. Place of Injury:** Car
**7e. Location:** C/O Glenwood Road and E. 46 Street, Brooklyn, New York 11234
**7f. How Injury Occurred:** Shot

**8. Manner of Death:** ☒ Homicide
**9. Autopsy:** ☒ Yes
**10.** Certifier Signature: Frede Frederic (Signature Electronically Authenticated)
Certifier Name (Print): Floriana Persechino — Medical Examiner
Date: JAN-18-2013

**11a. Usual Residence State:** New York
**11b. County:** Queens
**11c. City or Town:** South Ozone Park
**11d. Street and Number:** 130-44 128th Street
**ZIP Code:** 11420
**11e. Inside City Limits?** 2 ☒ No

**12. Date of Birth:** November 26, 1968
**13. Age at last birthday:** 44
**14. Social Security No.:** 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

**15a. Usual Occupation:** Copy Operator
**15b. Kind of business or Industry:** Acro Photo
**16. Aliases or AKAs:** Burton Andre Dennison

**17. Birthplace:** Demerara, Guyana
**18. Education:** 3 ☒ High school graduate or GED

**19. Ever in U.S. Armed Forces?** 2 ☒ No
**20. Marital/Partnership Status at time of death:** 1 ☒ Married
**21. Surviving Spouse's/Partner's Name:** Seemattie Singh

**22. Father's Name:** Morgan Dennison
**23. Mother's Maiden Name:** Lauren Isaacs

**24a. Informant's Name:** Seemattie Dennison
**24b. Relationship to Decedent:** Spouse
**24c. Address:** 130-44 128Th Street, South Ozone Park, New York 11420

**25a. Method of Disposition:** 1 ☒ Burial
**25b. Place of Disposition:** Cypress Hills Cemetery
**25c. Location of Disposition:** Brooklyn, New York
**25d. Date of Disposition:** 01 25 2013

**26a. Funeral Establishment:** Caribe Funeral Home
**26b. Address:** 1922 Utica Avenue, Brooklyn, New York 11234

Disposition-Method of Disposition - formerly Cremation; Disposition-Date of Disposition - formerly JAN-28-2013; Disposition-Place Name - formerly Rosemount Memorial Park; Disposition-Place City - formerly Elizabeth; Disposition-Place State - formerly New Jersey; approved by Deputy City Registrar W. Haynes on Jan-23-2013;

VR 16 (Rev. 01/09)

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.


Steven P. Schwartz, Ph.D., City Registrar

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code. If the purpose is the evasion or violation of any provision of the Health Code or any other law.

DATE ISSUED   January 28, 2013   Order No. 20130119207


X00351721

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE