```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-                              11-CR-747 (JG)

EARL PRICE,

            Defendant.

- - - - - - - - - - - - - - - - - -X
```

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Assistant United States Attorney Tanisha R. Payne from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Tanisha R. Payne
> United States Attorney's Office (Criminal Division)
> 271 Cadman Plaza East, 5th Floor
> Tel: (718) 254-6358
> Fax: (718) 254-6321
> Email: Tanisha.Payne@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Karin Orenstein at the email address set forth above.

Dated:   Brooklyn, New York
         February 28, 2013

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                    United States Attorney

                            By:  /s/_____
                                 Tanisha R. Payne
                                 Assistant U.S. Attorney

cc:  Clerk of the Court (JG)